**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| LG Energy Solution Arizona, Inc. and LG Energy Solution Ltd., Plaintiffs (Complainants), v. EVE Energy Co., Ltd., EVE Energy North America Corporation, and EVE Energy US Holding LLC, Defendants (Respondents). | ) | **MISC. ACTION** | Case: 1:26–mc–00189<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 11/9/2026<br>Description: Misc. |

**EVE ENERGY'S MOTION SEEKING THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

EVE Energy Co., Ltd., EVE Energy North America Corporation, and EVE Energy US Holding LLC (collectively, "EVE Energy"), Respondents in *Certain Secondary Cylindrical Batteries, Components Thereof, and Products Containing the Same,* Investigation No. 337-TA-1518 before the United States International Trade Commission ("ITC Investigation"), hereby respectfully move, upon recommendation from the ITC (Exhibit 3), for this Court to issue, under its seal and signature, two Letters of Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letters of Request") to obtain discovery from the following foreign third parties:

Sandro Spina (spinas@tulipinnovation.com)
Vectis (UK employer)
Douglas House, 131-151 Great Titchfield Street
London W1W 5BB
United Kingdom
spinas@tulipinnovation.com+44 208 004 6899

RECEIVED
NOV 09 2026
Clerk, U.S. District & Bankruptcy Court for the District of Columbia

Giustino de Sanctis (desanctisg@tulipinnovation.com )
Vectis (UK employer)
Douglas House, 131-151 Great Titchfield Street
London W1W 5BB
United Kingdom
info@vectis.com
+44 208 004 6899

The underlying Letters of Request (Exhibits 4 and 5) solicits assistance from the Ministry of Justice of the United Kingdom to obtain certain evidence from two UK-based employees of Tulip Innovation Kft. ("Tulip") that is relevant to this Investigation and unobtainable through other means. Specifically, the Letters of Request include sets of requests for the production of documents and other things from Tulip (Exhibit 4, Attachment A; Exhibit 5, Attachment A) and deposition responses from Tulip (Exhibit 4, Attachment B; Exhibit 5, Attachment B). Foreign discovery from these Tulip employees is necessary in the Investigation for the reasons explained in the accompanying memorandum.

Administrative Law Judge Monica Bhattacharyya, who presides over the ITC Investigation, has issued findings that the Letters of Request seek evidence relevant to the Investigation. An order from Judge Bhattacharyya recommending that this Court issue the Letters of Request is attached to this Motion (Exhibit 3). Additionally, due to statutory time limitations on ITC investigations, Judge Bhattacharyya requests that the Court expedite the issuance of the Letters of Request.

Date: November 9, 2026

Respectfully Submitted,

*/s/ Paul F. Brinkman, P.C.*
Paul F. Brinkman, P.C.
Michael A. Pearson, Jr.
Diva Hollis
Katie Chang
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

Brandon H. Brown, P.C.
James S. Lu
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joseph A. Loy, P.C.
Brandon R. Weber
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

Yimeng Dou, Ph.D.
David A. Levin
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200

Laura Kelley Uhlenhuth
**KIRKLAND & ELLIS LLP**
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8090

Email: ke_eve-lges@kirkland.com

***Counsel for Respondents EVE Energy Co., Ltd., EVE Energy North America Corp., and EVE Energy US Holding LLC***

## CERTIFICATE OF SERVICE

I, Alice Pai, hereby certify that on November 9, 2026, copies of the foregoing document were served upon the following parties as indicated:

| | |
|---|---|
| Hon. Monica Bhattacharyya<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>bhattacharyya337@usitc.gov | ☒ Via Electronic Mail |

**On Behalf of Complainants**

| | |
|---|---|
| S. Alex Lasher<br>K. Kevin Chu<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 13th Street, NW, Suite 600<br>Washington, D.C. 20004<br>Tel.: (202) 538-8000<br>alexlasher@quinnemanuel.com<br><br>Patrick D. Curran<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Tel.: (617) 712-7100<br><br>D. James Pak<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S Figueroa St, 10th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 443-3000<br><br>David A. Nelson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel.: (312) 705-7400<br><br>Eric Huang<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Tel.: (212) 849-7000 | ☒ Via Electronic Mail |

| | |
|---|---|
| QE-LGES-1518@quinnemanuel.com<br><br>*Counsel for Complainants LG Energy Solution Ltd. and LG Energy Solution Arizona, Inc.* | |
| Amol Parikh<br>Connor Larson<br>MCDERMOTT WILL & SCHULTE LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone: (312) 372-2000<br>amparikh@mcdermottlaw.com<br>MWS_Koki_LGES@mcdermottlaw.com<br><br>Paul Devinsky<br>MCDERMOTT WILL & SCHULTE LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001<br>Telephone: (202) 756-8000<br><br>David Tobin<br>MCDERMOTT WILL & SCHULTE LLP<br>2801 North Harwood Street, Suite 2600<br>Dallas, TX 75201<br>Telephone: (214) 210-2793<br><br>Richard Evans<br>MCDERMOTT WILL & SCHULTE LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br><br>*Counsel for Respondents Koki Holdings Co., Ltd. and Koki Holdings America Ltd.* | ☒ Via Electronic Mail |
| Bas de Blank<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400<br>Bosch_1518_Service_OHS@orrick.com<br>basdeblank@orrick.com<br><br>Michael C. Chow<br>Thomas C. Chen<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>2050 Main Street, Suite 1100 | ☒ Via Electronic Mail |

| | |
|---|---|
| Irvine, CA 92614-8255<br>(949) 567-6700<br><br>Jordan L. Coyle<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 339-8400<br><br>Sumaia Tabassum<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>(212) 506-5000<br><br>*Counsel for Respondents Robert Bosch GmbH and Robert Bosch Tool Corporation* | |
| Jason Xu<br>RIMON, P.C.<br>1050 Connecticut Ave NW, Suite 500<br>Washington, DC 20036<br>(202) 470-2141<br>ChervonITC-1518@rimonlaw.com<br><br>John Handy<br>Emma Chen<br>RIMON, P.C.<br>8300 Greensboro Dr., Suite 500<br>McLean, VA 22102<br>(703) 559-7360<br>ChervonITC-1518@rimonlaw.com<br><br>*Counsel for Respondents Chervon (China) Trading Co., Ltd., Nanjing Chervon Industry Co., Ltd., and Chervon North America, Inc.* | ☒ Via Electronic Mail |

*/s/ Alice Pai*
Alice Pai, Paralegal
Kirkland & Ellis LLP